UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT EARL RICH,

        Plaintiff,

    v.

D. HOOPMAN, et al.,

        Defendants.

Case No.  26-cv-00871-VC

**ORDER DIRECTING UNITED STATES MARSHAL TO EFFECT SERVICE; DIRECTIONS TO CLERK**

Albert Earl Rich, a detainee at the Santa Rita Jail in Alameda County, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 regarding an incident at the jail. The Court previously sent waivers of service to defendants D. Hoopman # 2726, R. Bath #2807, D. Davis #2814, G. Higgs #2823, and Raymond Morgan #2748 at the Santa Rita Jail of Alameda County. The waivers have been returned as undeliverable.

The Court therefore orders the Clerk to prepare a USM-285 Form for each of the five listed defendants at the following address:

Alameda County Sheriff's Office

Internal Affairs & Civil Litigation Unit

3 Park Place, Third Floor

Dublin, CA 94568

The Clerk shall provide to the United States Marshal Service the five completed USM-285 Forms, along with copies of the operative complaint (Dkt. No. 1) with all attachments thereto, the order of service (Dkt. No. 7), this order, and the summons.

The Clerk shall mail a copy of this order to Alameda County Counsel and a copy to

plaintiff.

All other provisions of the Order of Service (Dkt. No. 7) remain in effect.

**IT IS SO ORDERED.**

Dated: June 29, 2026

_____
VINCE CHHABRIA
United States District Judge