UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT EARL RICH,
Plaintiff,

v.

D. HOOPMAN, et al.,
Defendants.

Case No. 26-cv-00871-VC

**ORDER RE SERVICE; DIRECTIONS TO CLERK**

Albert Earl Rich, a detainee at the Santa Rita Jail in Alameda County, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. The court previously sent waivers of service to defendants at the Santa Rita Jail of Alameda County, which were returned as undeliverable. The court subsequently ordered the United States Marshals Service (USMS) to effect service on defendants at the following address:

Alameda County Sheriff's Office Internal Affairs & Civil Litigation Unit
3 Park Place, Third Floor
Dublin, CA 94568

Dkt. No. 19. Summons were returned executed for all defendants except Higgs. The USMS was informed that Higgs was no longer employed at the Alameda County Sheriff's Office. Dkt. No. 22.

The Clerk shall therefore mail a Notice of Lawsuit and Request for Waiver of Service of Summons, the Waiver of Service of Summons, a copy of the complaint (Dkt. No. 1), and a copy of this Order to Mr. Higgs, c/o Jill Sazama, Alameda County Office of the County Counsel, at 1221 Oak Street, Suite 450; Oakland, CA 94612.

**IT IS SO ORDERED.**

Dated: July 29, 2026

VINCE CHHABRIA
United States District Judge