UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT EARL RICH,<br>Plaintiff,<br>v.<br>D. HOOPMAN, et al.,<br>Defendants. | Case No. 26-cv-00871-VC<br><br>**ORDER RE SERVICE OF PROCESS** |

Due to problems obtaining a current address, service of process has not yet been accomplished on Deputy G. Higgs. The address was filed with the court in response to a court order, and the information that was provided to the court confidentially under seal. Service of process will be attempted on Defendant Higgs at the address provided. Accordingly,

1. The Clerk shall issue a summons and the United States Marshal shall serve, without prepayment of fees, the summons, a copy of the original complaint, the order of service, the Order Re Lifting Stays; Vacating Settlement Conference, Setting Briefing Schedules, and the current dispositive motion schedule (i.e., Docket Nos. 1, 7, 31, and 38) upon the following defendant:

- Deputy G. Higgs, #2823

2. Attached to this order is the address of the Defendant for the clerk to provide to the U.S. Marshal for service of process on this Defendant. **The clerk is directed to file this order and address under seal, so that Plaintiff and the general public cannot see it without further order from the Court. The Marshal also is directed not to put that list in the public record for this case and not to put the address in the public record, except upon further**

**order from the Court.** A public version of the order will be filed with the address redacted.

**IT IS SO ORDERED.**

Dated: November 25, 2026

VINCE CHHABRIA
United States District Judge

**Address for Service of Deputy G. Higgs**

[redacted]